## Stevens ag\* Long

Aron Stevens plaint. ag$^t$ Zechariah Long Def$^t$ for refuseing to pay the Summe of four pound three Shillings in mony or thereabouts due for wages for Service done in the Ship Recovery whereof s$^d$ Long is Master, this yeare in her voyage from London to Lizborn and from thence to this place with all due damages &c. . . . The Jury . . . found for the plaint. thirty Shillings and three pence mony and costs of Court Eighteen Shillings six pence.

## Trott agt. Stoddard

Bernard Trott plaint. ag$^t$ Sampson Stoddard Def$^t$ The plaint. was nonsuted in failure of process.

Bernard Trott plaint. ag$^t$ Sampson Stoddard Def$^t$ The plaint. was nonsuted in failure of process.

## Way agt. Walker

L$^t$ Rich$^d$ Way Attourny of John Hornbrooke plaint. agt. Mary Walker Relict and adm$^x$ of Obadiah Walker dec$^d$ Def$^t$ The plaint. in failure of process mistaking the Defend$^{ts}$ name was nonsuted. [ 472 ]

## Edwards agt. Gammon

Thomas Edwards of Marblehead plaint. ag$^t$ Robert Gammon Def$^t$ according to attachm$^t$ The attachm$^t$ and Letter of Attourny (no other Evidence being produced) was committ$^d$ to the Jury; who brought in theire Verdict they found for the Def$^t$ costs of Court.

## Wilcocks ag$^t$ Viall

Owen Wilcocks Attourny of Peter Barbe of London Merch$^t$ plaint. ag$^t$ Nathanael Viall Def$^t$ for not rendring an acc$^o$ of the dispose together with the produce of a parcell of goods amounting unto by Jnvoyce the value of one hundred and nineteen pounds two Shillings and four pence first cost in London betrusted with him s$^d$ Viall to Sell and dispose of for the proper acco$^t$ of said Barbe as shall appeare under the hand of s$^d$ Viall with other due damages &c. . . . The Jury . . . found for the plaint. Seventy pounds mony or the Def$^t$ to render an acco$^t$ of the goods committed to his trust within ten dayes to the Satisfaction of the Court & costs of Court